# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LIVESAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BBVA COMPASS BANCHARES, INC,<br><br>　　　　　Defendant. | Case No.: 15-CV-2308 DMS RBB<br><br>**ORDER OF JOINT MOTION OF DIMISSAL WITH PREJUDICE** |

Based upon the Joint Motion of Dismissal by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  January 30, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -

[PROPOSED] ORDER OF DISMISSAL